THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELWYN WALKER, Appellant. [851 NYS2d 881]–

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19-21, [1995] *People v Jordan*, 44 AD3d 875 [2007], *lv denied* 9 NY3d 1035 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of criminal sexual act in the first degree and unlawful imprisonment in the second degree beyond a reasonable doubt. Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *see also People v Danielson*, 9 NY3d 342 [2007]).

Contrary to the defendant's contention, he was not deprived of the effective assistance of counsel, since the record as a whole demonstrates that he received meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]; *People v Wells*, 1 AD3d 621 [2003]). Spolzino, J.P., Angiolillo, Balkin and Leventhal, JJ., concur.